Shonrick Brame
c/o 6655 Densmore Ave
Van Nuys CA 91406
ShonrickBrameTrust@Gmail.com

☒ FILED          ___ LODGED
___ RECEIVED     ___ COPY

SEP 0 4 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA – PHOENIX DIVISION

Shonrick Brame, Trustee,

for and on behalf of SHONRICK BRAME TRUST,

Plaintiff,

**CV25-03225-PHX-JJT**

v.

Hubbard Auto Center of Scottsdale,

Defendant.

VERIFIED COMPLAINT FOR CONVERSION, BREACH OF CONTRACT,
AND CIVIL RIGHTS VIOLATIONS

## II. PARTIES

1. Plaintiff is Shonrick Brame, Trustee, appearing solely in trustee capacity and not in any personal capacity.

Plaintiff acts under authority vested in him to administer and enforce the interests of SHONRICK BRAME TRUST.

2. Defendant is Hubbard Auto Center of Scottsdale, a licensed Arizona dealership doing business in Maricopa County, Arizona.

## III. FACTUAL ALLEGATIONS

3. On or about June 2025, Plaintiff Shonrick Brame, Trustee for SHONRICK BRAME

TRUST, tendered International Bill of Exchange No. IBOE-1002 in the amount of $310,595.00 for the settlement and discharge of the obligation for a 2023 Lamborghini Huracán Tecnica RWD (VIN: ZHWUB6ZFXPLA21592).

4. Defendant accepted presentment of the instrument and failed to honor it, refusing to return the instrument at all and providing no lawful rebuttal.

5. Plaintiff perfected interest by filing UCC-1 Financing Statement No. U240057572727 securing the VIN as collateral.

6. Plaintiff issued Notices of Dishonor, Non-Response, and Commercial Default; Defendant failed to cure.

7. Defendant transferred, concealed, or disposed of the vehicle, thereby converting trust property and depriving Plaintiff of rights and use.

**IV. CAUSES OF ACTION**

**Count I – Conversion of Trust Property**

8. Defendant refused to honor IBOE-1002, refused to return it, and transferred or concealed the collateral vehicle, thereby converting property belonging to SHONRICK BRAME TRUST.

**Count II – Breach and Dishonor of Tendered Instrument**

9. Defendant accepted presentment of IBOE-1002 and failed to honor settlement and discharge, failing to return the instrument, constituting dishonor, breach, and bad faith. with Affidavit

**Count III – Civil Rights Violation (42 U.S.C. § 1983)**

10. Defendant, acting under state license and authority, deprived Plaintiff of trust property without due process of law, violating rights secured under federal law.

**Count IV – Unjust Enrichment**

11. Defendant retained benefit by holding or reselling trust property while refusing settlement and discharge, resulting in unjust enrichment at the expense of SHONRICK BRAME TRUST.

**V. PRAYER FOR RELIEF**

12. Order the immediate return of the 2023 Lamborghini Huracán Tecnica RWD, VIN: ZHWUB6ZF ZHWUB6ZFXPLA21592, to SHONRICK BRAME TRUST.

13. In the alternative, award damages of $310,595.00 for settlement and discharge, plus interest. interest.

14. Declare Plaintiff's perfected lien valid and enforceable.

15. Award punitive damages for conversion, dishonor, and civil rights violations.

16. Award costs and fees.

17. Grant such other relief as this Court deems just.

Respectfully submitted,

Shonrick Brame, Trustee

for SHONRICK BRAME TRUST

Without Recourse, UCC 1-308

c/o 6655 Densmore Ave.

Van Nuys, CA 91406

Email: SHONRICKBRAMETRUST@GMAIL.COM

**EXHIBITS INDEX**

Exhibit A – International Bill of Exchange No. IBOE-1002

Exhibit B – UCC-1 Financing Statement No. U240057572727

Exhibit C – Notice of Dishonor

Exhibit D – Notice of Non-Response

Exhibit E – Commercial Default Notice

Exhibit F – VIN Ownership Statement

Exhibit G – Repossession Notice

Exhibit H – Proof of Mailing (Certified/Registered Mail receipts)

Exhibit I – Proof of Delivery/Receiving (green cards, confirmations)

Exhibits

NOTICE OF LAWFUL SEIZURE OF SECURED PROPERTY

Date: July 7, 2025

TO: Any and All Interested Parties, Agents, Officers, or
Private Individuals in Possession

RE: LAWFUL SEIZURE OF COLLATERALIZED
PROPERTY
Asset: 2023 Lamborghini Huracán Tecnica
VIN: ZHWUB6ZFXPLA21592

This is a formal NOTICE that the secured property
described above has been reclaimed under lawful authority
by the Secured Party of Record, SHONRICK BRAME
TRUST, following commercial default by the prior
possessor(s). This action is executed pursuant to and in
accordance with:

- UCC § 9-609(b): A secured party may take possession of
the collateral after default without judicial process if it
proceeds without breach of the peace;
- UCC § 9-610: A secured party may dispose of collateral
after default in a commercially reasonable manner;
- Law of Contracts and applicable commercial practice.

SECURED COLLATERAL IDENTIFICATION:

- Make/Model: 2023 Lamborghini Huracán Tecnica
- VIN: ZHWUB6ZFXPLA21592
- Color: White and Black
- Value: $310,595.00
- Instrument Ref: IBOE-1002
- UCC-1 Filing Ref: U240057572727
- Debtor: Hubbard Auto Center of Scottsdale
- Event: Seizure due to default after dishonor of negotiable
instrument tender

NOTICE TO POSSESSORS:

obstructing the recovery of the above-referenced secured property without lawful title or without full commercial release by the Secured Party shall be deemed to be interfering with a perfected security interest and subject to lawful claims for damages, costs, and/or prosecution.

This property is not stolen. It is lawfully repossessed collateral under a perfected UCC security agreement following a documented commercial dishonor and default.

If you are in possession of this vehicle, or are holding it on behalf of a third party, you are hereby instructed to release it immediately to the agent of the Secured Party or to contact the undersigned at the information above to arrange lawful transfer.

# AFFIDAVIT OF COMMERCIAL DEFAULT

I, the undersigned Authorized Representative of SHONRICK BRAME TRUST, declare under penalty of perjury:

That a Bill of Exchange numbered IBOE-1002 and registered under RF No. 532 691 884 US, in the amount of $310,595.00, was lawfully issued on June 19, 2025, drawn on the United States Department of the Treasury and made payable to:

Hubbard Auto Center of Scottsdale

14825 N 82nd St, Scottsdale, AZ 85260

Said instrument was presented in good faith for value in connection with a commercial vehicle transaction involving a 2023 Lamborghini Huracan Tecnica, VIN ZHWUB6ZFXPLA21592. The instrument was either dishonored, wrongfully returned, or retained without lawful reason, and no lawful protest or rebuttal was received.

This establishes a commercial default per UCC § 3-505 and § 3-501. The Drawer, SHONRICK BRAME TRUST, now asserts full commercial lien rights and proceeds under UCC § 9-203.

Executed on this 1st day of July, 2025.

By: _____

Authorized Representative for SHONRICK BRAME TRUST

c/o 6655 Densmore Ave, Van Nuys, CA 91406

Email: SHONRICKBRAMETRUST@GMAIL.COM

UCC 1-308 - Without Prejudice - All Rights Reserved

-------------------------------------------------------

NOTARY ACKNOWLEDGMENT

State of _ARIZONA_ )

County of MARICOPA

On this 2ND day of July, 2025, before me, the undersigned Notary Public, personally appeared Florence Brume, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the above instrument, and acknowledged executing the same in their authorized capacity.

WITNESS my hand and official seal.

Signature of Notary: _____

Printed Name of Notary: Michael Mc Quail

Commission No.: 678327

My Commission Expires: 12-25-2028

MICHAEL MCQUAIL
Notary Public - Arizona
Maricopa County
Commission # 678327
My Comm. Expires Dec 25, 2028

# Affidavit of Non-Response (IBOE-1002)

Affidavit of Non-Response (IBOE-1002)

AFFIDAVIT OF NON-RESPONSE

I, the undersigned, SHONRICK BRAME, Authorized Representative of SHONRICK BRAME TRUST, hereby declare under penalty of perjury that:

1. On or about June 20, 2025, a lawful instrument titled INTERNATIONAL BILL OF EXCHANGE No. IBOE-1002 in the amount of $310,595.00 was duly tendered to Hubbard Auto Center of Scottsdale at 14825 N 82nd St, Scottsdale, AZ 85260, with a due date for payment of July 7, 2025.
2. Said instrument was not honored and no written response or rebuttal explaining any legal defect or rejection was received from Hubbard Auto Center or any authorized party.
3. An Affidavit of Commercial Default was issued and remains unrebutted.
4. To date, as of June 30, 2025, no lawful cure or performance has been rendered.

Therefore, pursuant to the Uniform Commercial Code and lawful right of claim, I do solemnly affirm that a default exists and proceed accordingly with lienholder rights.

Executed this 30th day of June, 2025.

By: _____

SHONRICK BRAME, Authorized Representative
SHONRICK BRAME TRUST

# AFFIDAVIT OF LOSS AND DISHONOR

I, the undersigned, Authorized Representative of SHONRICK BRAME TRUST, declare under penalty of perjury:

That on or about June 19, 2025, a negotiable instrument titled Bill of Exchange No. IBOE-1002, in the amount of $310,595.00, was issued and tendered to:

Hubbard Auto Center of Scottsdale

14825 N 82nd St, Scottsdale, AZ 85260

Said instrument, bearing RF No. 532 691 884 US, was presented for value and in good faith to discharge a commercial obligation associated with a 2023 Lamborghini Huracan Tecnica (VIN: ZHWUB6ZFXPLA21592).

The instrument was dishonored or wrongfully refused. After multiple demands and lawful presentment, it was not lawfully returned, nor was any legal rebuttal provided. As such, I hereby declare the instrument as:

(1) Lost, not returned in good order;

(2) Dishonored, under UCC § 3-505;

(3) Legally enforceable by affidavit pursuant to UCC § 3-309.

This affidavit is executed for the purpose of preserving enforcement rights, supporting lien and commercial claims, and to provide lawful remedy through administrative or judicial process.

Executed on this 1st day of July, 2025.

By: _____

Authorized Representative for SHONRICK BRAME TRUST

c/o 6655 Densmore Ave, Van Nuys, CA 91406

Email: SHONRICKBRAMETRUST@GMAIL.COM

UCC 1-308 - Without Prejudice - All Rights Reserved

------------------------------------------------------

NOTARY ACKNOWLEDGMENT

State of _Arizona_ )

County of _Maricopa_ )

On this _2nd_ day of _July_, 2025, before me, the undersigned Notary Public, personally appeared _Slonence Brame_, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the above instrument, and acknowledged executing the same in their authorized capacity.

WITNESS my hand and official seal.

Signature of Notary: _[signature]_

Printed Name of Notary: _Michael McQuail_

Commission No.: _678327_

My Commission Expires: _12-25-2028_

MICHAEL MCQUAIL
Notary Public - Arizona
Maricopa County
Commission # 678327
My Comm. Expires Dec 25, 2028

AUTHORIZED COPY

BILL OF EXCHANGE

RF No.: 532 691 884 US

BOE No.: IBOE-1002

Amount: $310,595.00

Date of Issue: June 19, 2025

Due Date: July 7, 2025

Payee: Hubbard Auto Center of Scottsdale

    14825 N 82nd St, Scottsdale, AZ 85260

Drawer: SHONRICK BRAME TRUST

    c/o 6655 Densmore Ave, Van Nuys, CA 91406

Drawn Against: U.S. Department of the Treasury


Description: 2023 Lamborghini Huracan Tecnica RWD

VIN: ZHWUB6ZFXPLA21592 I Mileage: 2,779 mi I Stock #: 2082A


This instrument is issued pursuant to UCC § 3-104 and § 3-302 as a negotiable instrument,

and is enforceable per UCC § 3-309 due to non-return and dishonor by the payee.


WITHOUT RECOURSE


Authorized Representative for SHONRICK BRAME TRUST

By: _____

Authorized Representative



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
| --- |
| **-FILED-** |

File No.: U250164321725

Date Filed: 7/1/2025

3823-0880 07/01/2025 4:27 PM Received by California Secretary of State

---

**Submitter Information:**

| | |
| --- | --- |
| Contact Name | shonerick brame |
| Organization Name | SHONRICK BRAME TRUST |
| Phone Number | (602) 758-4810 |
| Email Address | shonbrame@gmail.com |
| Address | 6655 Densmore Ave<br>Van Nuys, CA 91406 |

**Amendment Action Information:**

| | |
| --- | --- |
| Initial Financing Statement File Number | U240057572727 |
| Date Filed | 07/10/2024 |
| Amendment Action | Collateral Amendment |
| Collateral Change | Add Collateral |

| Indicate how documentation of Collateral is provided: | Attached in a File |
| --- | --- |

Upload PDF as Collateral:
Lambo UCC_Lien_Profile_BOE1002.pdf

☐ Check this box to see additional UCC Collateral options.

**Name of Secured Party of Record Authorizing This Amendment:**

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

| Authorizing Secured Party Name | SHONERICK BRAME |
| --- | --- |

Optional Filer Reference Information:

Miscellaneous Information:

Secured Party:

SHONRICK BRAME TRUST

c/o 6655 Densmore Ave, Van Nuys, CA 91406

Debtor:

Hubbard Auto Center of Scottsdale

14825 N 82nd St, Scottsdale, AZ 85260

Collateral Description:

- 2023 Lamborghini Huracan Tecnica RWD
- VIN: ZHWUB6ZFXPLA21592
- Stock #: 2082A
- Mileage: 2,779 mi
- All rights, title, interest, proceeds, and contract rights attached to said property

Instrument Referenced:

- Bill of Exchange No. IBOE-1002
- RF No.: 532 691 884 US
- Amount: $310,595.00
- Dishonored by Hubbard Auto Center

Legal Authority:
- UCC § 9-203 (Attachment of Security Interest)
- UCC § 9-502 (Filing Requirements)
- UCC § 3-505 (Dishonor)
- UCC § 3-309 (Lost Instruments)

Filing Status:
- Filed and Perfected
- Affidavit of Commercial Default executed
- Affidavit of Loss and Dishonor filed

3823-0881 07/01/2025 4:27 PM Received by California Secretary of State

- Authorized Copy of BOE submitted
- DMV Title Hold Enforcement in Process

Trust Email: SHONRICKBRAMETRUST@GMAIL.COM

All Rights Reserved - Without Prejudice - UCC 1-308

REPOSSESSION INSTRUCTION LETTER

Date: July 7, 2025

TO:
GORILLA TOWING & RECOVERY LLC
110 S Perry Ln
Tempe, AZ 85281
Phone: 480-244-0018
Fax: 516-453-7581

RE: PRIVATE INSTRUCTION FOR LAWFUL
RECOVERY OF SECURED VEHICLE
Year/Make/Model: 2023 Lamborghini Huracán Tecnica
VIN: ZHWUB6ZFXPLA21592
Color: White and Black
Instrument Reference: IBOE-1002
UCC Lien Reference: Filing #U240057572727
Lienholder: SHONRICK BRAME TRUST

Dear Recovery Agent,

This letter serves as formal instruction to initiate lawful
repossession of the vehicle identified above. The secured
property was offered under a tender of payment via
International Bill of Exchange (IBOE-1002) and
subsequently dishonored without legal cause. Commercial
default has been declared, and all administrative due
process requirements have been fulfilled.

The SHONRICK BRAME TRUST, as perfected secured
party, authorizes recovery of this asset under the Uniform
Commercial Code, specifically:

- UCC § 9-609: Permits a secured party to take possession
of the collateral without judicial process, provided it is
done without breach of the peace;
- UCC § 9-601 to § 9-628: Outlines rights of secured

1. Recover the secured vehicle listed above from its present location.
2. Use no force and ensure recovery is peaceful and within all applicable laws.
3. Photograph the vehicle at the scene prior to movement.
4. Notify SHONRICK BRAME TRUST immediately upon possession.
5. Arrange secure storage and await further instruction for delivery or enforcement action.

All lawful rights under the perfected lien shall be exercised by the secured party. If any law enforcement agency or party questions your authority, this letter serves as proof of authorization from the Trust.

Thank you for your assistance.

Sincerely,

SHONRICK BRAME, Trustee
SHONRICK BRAME TRUST

# LAWFUL ORDER FOR MONEY

From the SHONRICK BRAME TRUST

C/O 6655 Densmore Ave, Van Nuys, California [91406]

Non-Domestic, without the United States

Date: June 23, 2025

To:

Secretary of the Treasury

United States Department of the Treasury

1500 Pennsylvania Avenue, NW

Washington, D.C. 20220

## RE: LAWFUL ORDER FOR PAYMENT AND SETOFF OF PUBLIC DEBT

RF Number: 532 691 884 US

BOE Number: IBOE-1002

Amount: Three Hundred Ten Thousand Five Hundred Ninety-Five Dollars and 00/100 ($310,595.00)

To whom it may concern,

This Lawful Order is issued by the undersigned, the duly authorized representative and trustee of the SHONRICK BRAME TRUST, for the immediate lawful money payment and setoff of the enclosed financial instrument—a Bill of Exchange (IBOE-1002)—drawn against the credit and account of the United States and payable through the U.S. Treasury.

Authority and Basis:

Pursuant to:
- 12 U.S.C. § 411, the undersigned demands lawful money of the United States and refuses Federal Reserve Notes as

lawful discharge of obligation for value received, supported by the full faith and credit of the United States.

- UCC § 3-104, § 3-303, § 3-310, § 3-501, the attached Bill of Exchange is a negotiable instrument, lawfully tendered for acceptance and payment.

ORDERED ACTION:

You are hereby lawfully ordered to process the enclosed Bill of Exchange in the amount of $310,595.00 as a full and final settlement and discharge of the referenced obligation. The amount shall be charged against the credit of the United States and drawn from the asset trust account established under the name of the issuer: SHONRICK BRAME TRUST, as authorized.

This instruction is not a request. It is a lawful order for payment, supported by commercial law and public policy, including but not limited to the Uniform Commercial Code, House Joint Resolution 192, and the right of private citizens to discharge public obligations through lawful instruments.

Respectfully submitted,

By: _____

Shonrick Brame, Authorized Representative

SHONRICK BRAME TRUST

All Rights Reserved — UCC 1-308 / UCC 1-103

Without Prejudice, Without Recourse

Enclosures:

1. Bill of Exchange IBOE-1002

2. Affidavit of Truth (optional)

3. Certificate of Trust (optional)

4. Lawful Money Demand Notice (optional)

RE: IBOE-1002 – Secured Property Declaration

Trust Name: SHONRICK BRAME TRUST
Trustee: Shonrick Brame
Mailing Address: c/o 6655 Densmore Ave, Van Nuys, CA 91406
Phone: (602) 400-9875
Email: SHONRICKBRAMETRUST@GMAIL.COM

Vehicle Information:
- Year/Make/Model: 2023 Lamborghini Huracán Tecnica RWD
- VIN: ZHWUB6ZFXPLA21592
- Mileage at Contract: 2,779 mi (as reported)
- Reference Instrument: International Bill of Exchange – IBOE-1002
- Amount Tendered: $310,595.00
- RF Number: 532 691 884 US
- Date of Tender: June 24, 2025

DECLARATION OF OWNERSHIP & LIEN INTEREST

I, Shonrick Brame, Trustee and Authorized Representative of the SHONRICK BRAME TRUST, do hereby affirm that the above-described vehicle is property of the trust and was lawfully purchased via negotiable instrument tender in the form of an International Bill of Exchange (IBOE-1002), lawfully executed under UCC Articles 3 and 9.

Said instrument was delivered and accepted by Hubbard Auto Center as full and final payment. A UCC-1 Financing Statement is perfected and recorded, evidencing the SHONRICK BRAME TRUST's secured lienholder interest over the vehicle as property in commerce.

Upon dishonor and non-response by the seller, all rights to title and possession revert to the secured party per UCC § 9-609 and § 3-505, and the lienholder maintains a superior claim to any third party in possession of the vehicle.

PARTIES:

This statement constitutes legal notice of recorded lienholder status and ownership rights. Any unauthorized transfer, concealment, sale, or possession of this vehicle is subject to enforcement under applicable commercial and criminal statutes, including theft by conversion of secured property.

Executed this day: July 10, 2025

By: _____

Shonrick Brame, Trustee
SHONRICK BRAME TRUST



U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

Hubbard Auto of
Scottsdale
14825 N 82nd Street
Scottsdale, AZ 85260

9589 0710 5270 3527 9629 97

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hubbard Auto of Scottsdale
14825 N 82nd Street
Scottsdale, AZ 85260

Coden Snyder

9590 9402 9039 4122 8335 49

2. Article Number (Transfer from service label)

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
_____  6/2025

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt



**me** Aug 30
to Bruce ˅

The deception (salesman said car was sold to someone else after I signed purchase agreement)

# 2023 Lamborghini Huracan Tecnica

Coupe
2023, Lamborghini, Huracan Tecnica, Pearl Effect Exterior, White, Black, Leather



**Stock #:** 2082A
**VIN #:** ZHWUB6ZFXPLA21592
**Miles:** 2,779

Sold