Shonrick Brame
Trustee of the SHONRICK BRAME TRUST
c/o 6655 Densmore Ave.
Van Nuys, CA 91406
Tel: (818) 515-6249
Email: SHONRICKbrametrust@gmail.com
Plaintiff, Pro Se

```
_____ FILED      _____ LODGED
_____ RECEIVED   _____ COPY

      SEP 2 9 2025

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

SHONRICK BRAME TRUST, by and through Trustee, Shonrick Brame, Plaintiff

v.

HUBBARD AUTO CENTER OF SCOTTSDALE, Defendant.

**Case No. CV-25-03225-PHX-JJT**

**AMENDED COMPLAINT**

## I. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a)(1) because the amount in controversy exceeds $75,000, exclusive of interest and costs, and there is complete diversity of citizenship. Plaintiff is a citizen of California. Defendant is a citizen of Arizona.

2. Venue is proper under 28 U.S.C. § 1391(b)(2) because the events giving rise to this action occurred in Maricopa County, Arizona.

## II. PARTIES

Plaintiff: Shonrick Brame, Trustee of the SHONRICK BRAME TRUST, domiciled in California.

Defendant: Hubbard Auto Center of Scottsdale, a business domiciled in Arizona.

## III. FACTUAL ALLEGATIONS

1. Plaintiff and Defendant executed a written Retail Order for Motor Vehicle, duly signed by both parties, creating a binding sales contract under A.R.S. § 47-2201 (UCC § 2-201) and A.R.S. § 47-2204 (UCC § 2-204).

2. Plaintiff lawfully tendered a Bill of Exchange (IBOE-1002) in the amount of $310,595.00, backed by registered bond RF-822, to Defendant for the purpose of settlement and discharge of account

regarding a 2023 Lamborghini Huracán Tecnica RWD (VIN: ZHWUB6ZFXPLA21592). Such tender constitutes lawful payment under A.R.S. § 47-3603(A) (UCC § 3-603).

3. Defendant refused and dishonored Plaintiff's lawful settlement instrument, violating A.R.S. § 47-3502 (UCC § 3-502 – Dishonor of Instrument).

4. Plaintiff, acting as Trustee, provided timely notices of dishonor and demand, all of which were transmitted to Defendant by Certified Mail and in proper commercial form, thereby preserving Plaintiff's rights under A.R.S. § 47-3503 (UCC § 3-503 – Notice of Dishonor) and A.R.S. § 47-1202(D) (UCC § 1-202(d) – Notice by Refusal).

5. Following dishonor, Defendant began to refuse Certified Mail notices and ceased all communication with Plaintiff, demonstrating bad faith in violation of A.R.S. § 47-1304 (UCC § 1-304 – Obligation of Good Faith).

6. While the account remained under dishonor, Defendant proceeded to sell or otherwise transfer the vehicle to a third party, despite Plaintiff's perfected tender of settlement and certified notices, constituting conversion under Restatement (Second) of Torts § 222A and Arizona case law (Case Corp. v. Gehrke, 208 Ariz. 140 (Ct. App. 2004)).

7. Defendant's actions constitute conversion of trust property, commercial non-performance under A.R.S. § 47-2301 (UCC § 2-301 – Obligation of Seller to Deliver Goods), and unjust enrichment under Arizona law (Wang Elec., Inc. v. Smoke Tree Resort, LLC, 230 Ariz. 314 (Ct. App. 2012)).

8. Plaintiff, acting as Trustee, fulfilled all obligations by tendering lawful settlement and providing certified notices. Defendant's refusal and subsequent sale of the vehicle constitute willful dishonor (A.R.S. § 47-3502), breach of contract (A.R.S. § 47-2301), conversion, and unjust enrichment.

9. As a result of Defendant's dishonor and conversion, Plaintiff, acting as Trustee, placed a perfected lien on the trust property pursuant to A.R.S. § 47-9310 (UCC § 9-310 – Filing Required to Perfect Security Interest). This perfected lien secures Plaintiff's beneficial interest and establishes priority rights against Defendant and third parties with respect to the vehicle and proceeds thereof.

## IV. CLAIMS FOR RELIEF

**Count I – Breach of Commercial Transaction / Non-Performance**
Defendant's failure to deliver the vehicle and title after execution of the signed Retail Order and lawful tender of settlement constitutes non-performance under A.R.S. § 47-2301 and A.R.S. § 47-2507.

**Count II – Conversion of Trust Property**
Defendant wrongfully exercised dominion and control over trust property after dishonoring settlement and selling the vehicle. This constitutes conversion under Restatement (Second) of Torts § 222A and Arizona case law (Case Corp. v. Gehrke, 208 Ariz. 140 (Ct. App. 2004)).

**Count III – Dishonor of Lawful Tender**
Defendant dishonored Plaintiff's lawful settlement instrument in violation of A.R.S. § 47-3603 and A.R.S. § 47-3502.

**Count IV – Unjust Enrichment**
Defendant was enriched by refusing settlement, ignoring certified notices, and selling the vehicle while retaining the benefit. Under Arizona law, unjust enrichment occurs where one party benefits unfairly at another's expense.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment against Defendant as follows:

1. Delivery of the vehicle — a 2023 Lamborghini Huracán Tecnica RWD, VIN: ZHWUB6ZFXPLA21592 — together with clear and unencumbered title to Plaintiff;

OR, IN THE ALTERNATIVE

2. Judgment for the equivalent value of $310,595.00;

3. Consequential and compensatory damages of $100,000.00;

4. Punitive damages of not less than $50,000.00;

5. Recognition and enforcement of Plaintiff's perfected lien under A.R.S. § 47-9310;

6. Costs of suit and such other relief as the Court deems just and proper.

Dated: September 24, 2025
Respectfully submitted,

_____
Shonrick Brame
Trustee, SHONRICK BRAME TRUST

Shonrick Brame
Trustee of the SHONRICK BRAME TRUST
c/o 6655 Densmore Ave.
Van Nuys, CA 91406
Tel: (818) 515-6249
Email: SHONRICKbrametrust@gmail.com
Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

SHONRICK BRAME TRUST, by and through Trustee, Shonrick Brame, Plaintiff

v.

HUBBARD AUTO CENTER OF SCOTTSDALE, Defendant.

**Case No. CV-25-03225-PHX-JJT**

**EXHIBIT LIST**

Exhibit A – Executed Retail Order for Motor Vehicle
Exhibit B – Bill of Exchange (IBOE-1002) with Bond Reference
Exhibit C – Certified Mail Receipts and Confirmations
Exhibit D – Notices of Dishonor, Default, and Demand
Exhibit E – Evidence of Defendant's Sale/Transfer of Vehicle While in Dishonor

[signature]




ER 214 793 566 US


ER 214 793 566 US
Priority Mail Express tracking number







## Document 1: Affidavit of Vehicle Ownership and Commercial Lien Claim

AFFIDAVIT OF VEHICLE OWNERSHIP AND COMMERCIAL LIEN CLAIM
SHONRICK BRAME TRUST
c/o 6655 Densmore Ave
Van Nuys, California 91406
Email: SHONRICKBRAMETRUST@GMAIL.COM
Phone: (602) 400-9875

Date: July 9, 2025
To Whom It May Concern,

PUBLIC RECORD ENFORCEMENT BUNDLE
Instrument: BILL OF EXCHANGE No. IBOE-1002
Secured Party: Shonerick Brame
Trust: SHONRICK BRAME TRUST

**GORILLA TOWING & RECOVERY LLC**
110 s Perry Ln
Tempe AZ, 85281
Ph: 480-244-0018
Fax: 516-453-7581
7/10/2025
DATE OF ORDER    DATE REPOSSESSED

PERSON IN POSSESION OF CAR, AKA DEBTOR'S NAME: Hubbard Auto Center
DEBTOR'S ADDRESS: 14825 N 82 nd Street
CO-DEBTOR: 1-800-839-4490
PHONE
PLACE OF EMPLOYMENT: Hubbard Auto Center
SOCIAL SECURITY #

PLEASE INCUDE A COPY OF LIEN FILING OR A COPY OF THE TITLE (See attached)
ANY OTHER PERTINENT INFORMATION

THIS IS YOUR AUTHORIZATION TO ACT AS OUR AGENT TO COLLECT AND/OR REPOSSESS ON SIGHT. The above named, who has in his/her possession:

YEAR: 2023   MAKE: Lamborghini   MODEL: Hurracan
COLOR: Blk/wht   PLATE #: ___   VIN: ZHWUB6ZFXPLA21592

This will certify that we have the right to the immediate possession of the above named collateral. We agree to indemnify and hold you harmless from and against any and all claims, losses, and actions, except unlawful acts of your firm. You will not be held liable for the mechanical operation of the vehicle as listed above, for insurance protection except in case of your neglect. Nothing contained herein should be construed to authorize you to violate City, County or State laws.

Your special immediate efforts will be appreciated. Please acknowledge and keep us fully informed.

Signature: [signed]
SHONRICK BRAME TRUST
AUTHORIZED BY: Shonerick Brame(trustee)
SALES LOT/LENDER NAME aka Person who wants vehicle picked up
C/O 6655 Densmore Ave
ADDRESS: Van Nuys  California  91406
CITY  STATE  ZIP
602-400-9875
PHONE   FAX

Subscribed and sworn to before me on this
10 Day of July, 2025
[signed] Michael McQuail
Notary Public for the State of Arizona
Residing at 111 E Dunlap
My Commission expires: 12-25-2028
Ph: 6029877850

[Notary seal: MICHAEL MCQUAIL Notary Public - Arizona Maricopa County Commission # 678327 My Comm. Expires Dec 25, 2028]

BELOW THIS LINE IS PRIVATE INFO, NOT AVAILABLE TO ANY OTHER PARTIES

Gps login user name:
GPS Password:
GPS Website name:

---

## Document 2: MVD Lien Notice - IBOE-1002

MVD LIEN NOTIFICATION LETTER

Date: July 07, 2025
To: Arizona Department of Transportation - Motor Vehicle Division
Subject: Lien Claim and Title Flag for VIN: ZHWUB6ZF7PLA21592

Dear Registrar,

This letter is to formally notify you of a commercial lien and secured interest held by the SHONRICK BRAME TRUST against a 2023 Lamborghini Huracán Tecnica (VIN: ZHWUB6ZF7PLA21592)

### Arizona MVD Repossession Affidavit (Simulated Form 48-0902)

Arizona Department of Transportation - Motor Vehicle Division
Repossession Affidavit (Form 48-0902 Simulation)

Lienholder Name: SHONRICK BRAME TRUST
Lienholder Address: c/o 6655 Densmore Ave, Van Nuys, California [91406]

Registered Owner: Hubbard Auto Center of Scottsdale
Vehicle Year: 2023
Make: Lamborghini
Model: Huracan Tecnica RWD
VIN: ZHWUB6ZFXPLA21592
Odometer Reading: (To be entered at time of repossession)
Repossession Date: June 30, 2025

Affidavit:

I, SHONRICK BRAME, as the authorized representative of the above-named lienholder, certify that the above vehicle was lawfully repossessed in the State of Arizona due to default on the underlying obligation secured by the lien, as documented by IBOE-1002.

The lien was recorded, and no breach of peace occurred during the repossession.

Signature of Lienholder/Agent: [signed]
Date: 7-2-2025

Subscribed and sworn before me this 2nd day of July, 2025.
Signature of Notary: [signed]
My Commission Expires: 12-25-2028

[Notary seal: MICHAEL MCQUAIL Notary Public - Arizona Maricopa County Commission # 678327 My Comm. Expires Dec 25, 2028]

(This is a sample form draft and should be presented with proper Arizona Form 48-0902)

**FINAL NOTICE – IBOE-1002**
SHONRICK BRAME TRUST
c/o 6655 Densmore Ave
Van Nuys, California 91406
Email: SHONRICKBRAMETRUST@GMAIL.COM
Phone: (602) 400-9875

Date: July 9, 2025

To:
Hubbard Auto Center

---

**AFFIDAVIT OF VEHICLE OWNERSHIP AND COMMERCIAL LIEN CLAIM**
SHONRICK BRAME TRUST
c/o 6655 Densmore Ave
Van Nuys, California 91406
Email: SHONRICKBRAMETRUST@GMAIL.COM
Phone: (602) 400-9875

Date: July 9, 2025

To Whom It May Concern,

---

Affidavit of Dishonor and Improper Return

RE: BILL OF EXCHANGE NO. IBOE-1002

For the Record of the SHONRICK BRAME TRUST

Affiant:

SHONRICK BRAME, Trustee

---

**DOCUMENT TRANSMITTAL COVER SHEET**
SHONRICK BRAME TRUST
c/o 6655 Densmore Ave
Van Nuys, California 91406
Email: SHONRICKBRAMETRUST@GMAIL.COM
Phone: (602) 400-9875

Date: July 9, 2025

To:
Hubbard Auto Center – Legal or Management Dept.
14825 N 82nd St
Scottsdale, AZ 85260

RE: FINAL NOTICE – Affidavit of Dishonor & Enforcement of IBOE-1002

Enclosed Documents:
1. Cover Letter – Final Notice of Dishonor
2. Affidavit of Dishonor and Improper Return

**NOTICE OF CLAIM AND DEMAND FOR RESTITUTION**

To: Hubbard Auto Center of Scottsdale

---

**CERTIFICATE OF MAILING**

I, Shonrick Brame, Authorized Representative of SHONRICK BRAME TRUST, hereby certify that on the 19th day of June, 2025, a true and correct copy of the following documents were placed in the United States Mail

**AFFIDAVIT OF NON-RESPONSE**

*Regarding: Bill of Exchange IBOE-1002*
*RF No. 532 691 884 US*

State of Arizona
County of Maricopa

---

**NOTICE OF DISHONOR**

*REGARDING BILL OF EXCHANGE*
*IBOE-1002*
*RF No. 532 691 884 US*

Date: June 26, 2025

To:
Hubbard Auto Center of Scottsdale
14825 N 82nd Street
Scottsdale, Arizona 85260

From:
SHONRICK BRAME TRUST
c/o 6655 Densmore Ave
Van Nuys, California 91406
Nonresident

Dear Authorized Representative of Hubbard Auto Center

RE: Dishonor of Bill of Exchange IBOE-1002 – Invoice Value $310,595.00

You are hereby formally notified that the Bill of Exchange IBOE-1002, tendered to your office on or about June 19, 2025, in the amount of Three Hundred Ten Thousand Five Hundred Ninety-Five Dollars ($310,595.00), has been dishonored by your failure to either:
1. Accept or process said lawful negotiable instrument;
2. Return said instrument with lawful protest or written rebuttal within ten (10) days; or
3. Provide a legal basis under UCC or statutory authority for your refusal to honor the tender.

The instrument was delivered to you by Certified Mail bearing RF No. 532 691 884 US, and your silence and/or failure to cure within the time prescribed constitutes commercial dishonor and tacit acquiescence under Uniform Commercial Code §3-502.

This dishonor is now entered into record and preserved as evidence of default, and it creates a valid, perfected

---

SHONRICK BRAME TRUST
c/o 6655 Densmore Ave
Van Nuys, California 91406
Nonresident

June 26, 2025

TO:
Hubbard Auto Center of Scottsdale
Attn: Authorized Officer or Agent
14825 N 82nd Street
Scottsdale, Arizona 85260

RE: Formal Commercial Dishonor – Bill of Exchange IBOE-1002 – Demand for Restitution and Notice of Claim

Dear Authorized Representative:

Please find enclosed a formal package of lawful notices and supporting affidavits concerning the commercial dishonor of the following instrument:

- Bill of Exchange No.: IBOE-1002
- Amount: $310,595.00
- RF No.: 532 691 884 US
- Date of Tender: June 19, 2025
- Due Date for Cure: Ten (10) days after receipt

As you have failed to lawfully respond, rebut, or honor the instrument, and the statutory and commercial time for response has expired, this Notice and Demand package serves as formal record of your default and dishonor under the Uniform Commercial Code §3-502.

Enclosed Documents Include:
1. ☑ Affidavit of Non-Response
2. ☑ Notice of Dishonor – BOE IBOE-1002
3. ☑ Notice of Claim and Demand for Restitution
4. ☑ Proof of Service & Certificate of Mailing

Failure to cure or rebut this matter in good faith and in law

*****Private Issue*****

Drawer And location:

Shonrick Deshawn Brame
C/O 6655 Densmore Ave
Van Nuys, Ca [91406]
Non-Domestic Without the United States

RECORDED/REGISTERED FUNDS RF 532 691 840 US

# International Bill of Exchange

*****Private Issue*****
IBOE# 1002

Pay to The Order of: Hubbard Auto of Scottsdale
14825 N 82nd Street
Scottsdale, Arizona 85260

Date of Issue: June 19, 2025

Due Date: July 7, 2025

Unconditionally The Sum Certain: Three Hundred Ten Thousand Five Hundred Ninety-Five Dollars and 00/100    $ 310,595.00

Drawee: ENS LEGIS UNITED STATES TRUST SHONRICK DESHAWN BRAME
EXEMPT PRIORITY PREPAID ACCOUNT #557453800
Credit by assignment through Drawers Ucc Contract Trust Account # U240057572727 California
Bond # SD808021976 - Holder: Secretary of the Treasury

Autograph: [signature]
Authorized Representative
All Rights Reserved-Without Prejudice UCC 1-308

Shonrick Deshawn Brame
C/O 6655 Densmore Ave
Van Nuys, Ca [91406]
Non-Domestic Without the United States

Memo: 2023 Lamborghini Huracan Tecnica RWD
Vin: ZHWUB8ZFXPLA21592

This Bill of Exchange is a negotiable instrument in accordance with UCC Article 3 and is to be presented for payment on or before the due date listed above. Any dishonor must be made in writing to the Drawer within ten (10) days of receipt of this instrument.

International Bill of Exchange

# BUYERS GUIDE

**IMPORTANT:** Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.

| LAMBORGHINI | HURACAN | 2023 | ZHWUB6ZFXPLA21592 |
|---|---|---|---|
| VEHICLE MAKE | MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER (VIN) |

2082A
DEALER STOCK NUMBER (optional)

## WARRANTIES FOR THIS VEHICLE:

### [X] IMPLIED WARRANTIES ONLY

The dealer doesn't make any promises to fix things that need repair when you buy the vehicle or afterward. But *implied warranties* under your state's laws may give you some rights to have the dealer take care of serious problems that were not apparent when you bought the vehicle.

### [ ] DEALER WARRANTY

[ ] FULL WARRANTY

[ ] LIMITED WARRANTY. The dealer will pay ____% of the labor and ____% of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty, and for any documents that explain warranty coverage, exclusions, and the dealer's repair obligations. *Implied warranties* under your state's laws may give you additional rights.

SYSTEMS COVERED:                           DURATION:

## NON-DEALER WARRANTIES FOR THIS VEHICLE:

[X] MANUFACTURER'S WARRANTY STILL APPLIES. The manufacturer's original warranty has not expired on some components of the vehicle.

[ ] MANUFACTURER'S USED VEHICLE WARRANTY APPLIES.

[ ] OTHER USED VEHICLE WARRANTY APPLIES.

Ask the dealer for a copy of the warranty document and an explanation of warranty coverage, exclusions, and repair obligations.

[ ] SERVICE CONTRACT. A service contract on this vehicle is available for an extra charge. Ask for details about coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of your purchase of this vehicle, *implied warranties* under your state's laws may give you additional rights.

**ASK THE DEALER IF YOUR MECHANIC CAN INSPECT THE VEHICLE ON OR OFF THE LOT.**

**OBTAIN A VEHICLE HISTORY REPORT AND CHECK FOR OPEN SAFETY RECALLS.** For information on how to obtain a vehicle history report, visit ftc.gov/usedcars. To check for open safety recalls, visit safercar.gov. You will need the vehicle identification number (VIN) shown above to make the best use of the resources on these sites.

**SEE OTHER SIDE** for important additional information, including a list of major defects that may occur in used motor vehicles.

Si el concesionario gestiona la venta en español, pídale una copia de la Guía del Comprador en español.

Here is a list of some major defects that may occur in used vehicles.

**Frame & Body**
Frame-cracks, corrective welds, or rusted through
Dog tracks--bent or twisted frame

**Engine**
Oil leakage, excluding normal seepage
Cracked block or head
Belts missing or inoperable
Knocks or misses related camshaft lifters and push rods
Abnormal exhaust discharge

**Transmission & Drive Shaft**
Improper fluid level or leakage, excluding normal seepage
Cracked or damaged case which is visible
Abnormal noise or vibration cause by faulty transmission or drive shaft
Improper shifting or functioning in any gear
Manual clutch slips or chatters.

**Differential**
Improper fluid level or leakage, excluding normal seepage
Cracked or damaged housing which is visible
Abnormal noise or vibration cause by faulty differential

**Cooling System**
Leakage, including radiator
Improperly functioning water pump

**Electrical System**
Battery leakage
Improperly functioning alternator, generator, battery, or starter

**Fuel System**
Visible leakage

**Inoperable Accessories**
Gauges or warning devices
Air conditioner
Heater & Defroster

**Brake System**
Failure warning light broken
Pedal not firm under pressure (DOT spec.)
Not enough pedal reserve (DOT spec.)
Does not stop vehicle in straight line (DOT spec.)
Hoses damaged
Drum or rotor too thin (Mfgr. specs)
Lining or pad thickness less than 1/32 inch
Power unit not operating or leaking
Structural or mechanical parts damaged

**Air Bags**

**Steering System**
Too much free play at steering wheel (DOT spec.)
Free play in linkage more than 1/4 inch
Steering gear binds or jams
Front wheels aligned improperly (DOT specs.)
Power unit belts cracked or slipping
Power unit fluid level improper

**Suspension System**
Ball joint seals damaged
Structural parts bent or damaged
Stabilizer bar disconnected
Spring broken
Shock absorber mounting loose
Rubber bushings damaged or missing
Radius rod damaged or missing
Shock absorber leaking or functioning improperly

**Tires**
Tread depth less than 2/32 inch
Sizes mismatched
Visible damage

**Wheels**
Visible cracks, damage or repairs
Mounting bolts loose or missing

**Exhaust System**
Leakage
Catalytic Converter

---

DEALER NAME: Hubbard Auto Center
ADDRESS: 14825 N. 82nd St. Scottsdale, AZ 85260
TELEPHONE: (480) 318-2277
EMAIL: rmhubbard@yahoo.com
FOR COMPLAINTS AFTER SALE, CONTACT: Mark Hubbard

CUSTOMER SIGNATURE: [DocuSigned]
I hereby acknowledge receipt of the Buyers Guide at the closing of this sale.

**IMPORTANT:** The information on this form is part of any contract to buy this vehicle. Removing this label before consumer purchase (except for purpose of test-driving) violates federal law (15 C.F.R. 455).



**Motor Vehicle Division**
96-0105 R09/13   azdot.gov

# SECURE ODOMETER DISCLOSURE
## Void If Altered Or Erased

| Vehicle Identification Number | Year | Make | Body Style |
|---|---|---|---|
| ZHWUB6ZFXPLA21592 | 2023 | HURACAN | 2DCP |

| Buyer Name | Sale Date | Title Number |
|---|---|---|
| Shonrick Brame Trust | 6/20/2025 | |

Federal and State law require that the seller states the mileage in connection with the transfer of ownership. Failure to complete the odometer statement, or providing a false statement, may result in fines and/or imprisonment.

| Odometer Reading (no tenths) | |
|---|---|
| 2,780 | ☒ miles  ☐ kilometers |

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY.

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

| Seller/Dealership Name (printed) | Dealer Number |
|---|---|
| Hubbard Auto Center | L00014720 |

| Street Address | City | State | Zip |
|---|---|---|---|
| 14825 n. 82nd St. | Scottsdale | AZ | 85260 |

| Agent Name | Seller/Agent Signature |
|---|---|
| CADEN SNYDER | *Caden Snyder* (DocuSigned) |

I am aware of the above odometer certification made by the seller.

| Buyer Name (printed) | Buyer Signature |
|---|---|
| Shonrick Brame Trust | *SB* (DocuSigned) |

WITH TITLE

# ARIZONA DEPARTMENT OF REVENUE
## CERTIFICATE TO ESTABLISH OUT-OF-STATE DELIVERY OF MOTOR VEHICLE TO NONRESIDENT

**ARIZONA FORM 5010**

FOR PURPOSE OF THE STATUTORY DEDUCTIONS PROVIDED BY A.R.S. §§ 42-5061(A)(14) AND 42-6004(A)(4)

This certificate is required to document the seller's out-of-state delivery of a motor vehicle to a nonresident purchaser, for purposes of the above exemptions from state transaction privilege tax and city privilege tax. If delivery is made by the seller or the seller's agent, this form must be fully completed and notarized in the state of delivery, and records of any expenses incurred in delivering the motor vehicle must be maintained by the seller. If the seller contracts with a licensed auto transporter or common carrier for the out-of-state delivery of the vehicle, the Purchaser Certification on page 2 is not required, and the seller's signature may be witnessed by an Arizona notary public.

**SELLER INFORMATION:**

| | |
|---|---|
| SELLER'S NAME: HUBBARD AUTO CENTER AZ LLZ | TPT LICENSE NO: 21116061 |
| ADDRESS: 14825 N. 82ND ST | PHONE NO: (800) 839-4490 |
| CITY STATE ZIP: SCOTTSDALE, AZ 85260 | |

**VEHICLE INFORMATION:**

| | |
|---|---|
| YEAR / MAKE / MODEL: 2023 LAMBORGHINI HURACAN | VIN NO: ZHWUB6ZFXPLA21592 |
| NET SALES PRICE: $ 309,900 | ADOT 90 DAY PERMIT NO: |

**DELIVERY OF VEHICLE:**

| | |
|---|---|
| DELIVERY ADDRESS: 6655 Densmore Ave | CITY STATE ZIP: Van Nuys CA 91406 |
| NAME OF PERSON DELIVERING VEHICLE: | JOB TITLE: | PHONE NO: ( ) |

**SELLER CERTIFICATION** (check one box):

☐ I certify, under penalty of perjury under the laws of the State of Arizona, that I personally delivered the above vehicle to the delivery address indicated above.

☒ I certify, under penalty of perjury under the laws of the State of Arizona, that I have delivered the above vehicle to a licensed auto transporter or common carrier who will deliver the vehicle to the above address and from whom I have received a bill of lading. (See Notice above.)

DocuSigned by:
*Caden Snyder*
1453258E73E1457...
SIGNATURE OF SELLER OR PERSON DELIVERING VEHICLE

DATE OF DELIVERY

## NOTARY STATEMENT

State of _____

County of _____

On this _____ day of _____, 20___, before me personally appeared _____ (SELLER OR PERSON DELIVERING VEHICLE), whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above document.

Notary Signature _____

NOTARY SEAL

ADOR 60-5385f (9/03)

**AFFIDAVIT OF NONRESIDENCY**

## AFFIRMATIONS OF PURCHASER:

I will register this vehicle in the state of ___Ca_____ prior to the expiration of the 90 Day Nonresident Registration Permit, and will not use this vehicle in Arizona after this date for other than purely temporary or transitory purposes.

I will personally be liable for an amount equal to the state, county and city taxes that would have applied to a non-exempt sale, plus penalties and interest computed from the date of sale, if this vehicle is registered in Arizona within 365 days of the date of sale.

I will personally be liable for an amount equal to the state, county and city taxes that would have applied to a non-exempt sale, plus penalties and interest computed from the date of sale, if I have provided false information on this certificate.

I understand that in Arizona, it is a Class 5 Felony to "knowingly prepare, present or aid, procure or advise in preparing or presenting any return, affidavit, claim or other document which is fraudulent or is false as to any material matter, whether or not the falsity or fraud is with the knowledge or consent of the taxpayer authorized or required to present the return, affidavit, claim or document." [See A.R.S. § 42-1127(B)(2)]

I understand that I will be subject to criminal penalties if I have either omitted required information or provided false information on this certificate. [See A.R.S. § 42-1127(B)(4)]

If claiming the commercial motor vehicle sold to a nonresident exemption under A.R.S. § 42-5061(A)(14)(b), I verify that I am authorized to use the vehicle in interstate commerce as defined in 49 U.S.C. § 13501.

I have verified that my driver's license information provided on Page 1 is correct.

> I hereby certify that the information I have provided on this Certificate is true, accurate and complete. Further, if I am the representative of a nonresident entity, I certify that I am authorized to execute this Certificate on behalf of the nonresident entity named above.

Signed by:

DocuSigned by:
[signature]
EFA3AD05793F4E6...
Purchaser or Entity Representative

6/20/2025

Date

ADOR 10739 (3/23)

| **FACTS** | **WHAT DOES HUBBARD AUTO CENTER AZ LLC DO WITH YOUR PERSONAL INFORMATION?** |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>■ Social Security number and income<br>■ account balances and payment history<br>■ credit history and employment information<br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Hubbard Auto Center AZ LLC chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Hubbard Auto Center AZ LLC share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes— such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes— to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | Yes | No |
| For our affiliates' everyday business purposes— information about your transactions and experiences | Yes | No |
| For our affiliates' everyday business purposes— information about your creditworthiness | No | We don't share |
| For our affiliates to market to you | No | We don't share |
| For our nonaffiliates to market to you | No | We don't share |

| Questions? | Call 800.839.4490 or go to www.hubbardautocenter.com |
|---|---|

# WE OWE

| NAME | Shonrick Brame Trust | STK NO. | 2082A | NEW | | USED | X |
|---|---|---|---|---|---|---|---|
| ADDRESS | 6655 Densmore Ave | YEAR | 2023 | MAKE | LAMBORGHINI | | |
| CITY | Van Nuys | STATE CA | ZIP | 91406 | MODEL | HURACAN | |
| PHONE | 602-400-9875 | | VIN # | ZHWUB6ZFXPLA21592 | | | |

SALESMAN                                                                 DEL. DATE

| QTY. | NAME OF ITEM | PART | LABOR |
|---|---|---|---|
| | We Owe No Additional Items | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I hereby accept this WE-OWE with the understanding that it is valid for only (30) THIRTY DAYS FROM DATE OF ISSUANCE, and that I must make an ADVANCE APPOINTMENT WITH THE SERVICE DEPARTMENT before the above work can be performed.

(FOR APPOINTMENT CALL SERVICE DEPT.)

DATE 6/20/2025

CUSTOMER — DocuSigned by: SB — EFA3AD05793F4E6...

APPROVED — DocuSigned by: Caden Snyder MGR. — 145325BE73E1457...

Shonrick Brame
Trustee of the SHONRICK BRAME TRUST
c/o 6655 Densmore Ave.
Van Nuys, CA 91406
Tel: (818) 515-6249
Email: SHONRICKbrametrust@gmail.com
Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

SHONRICK BRAME TRUST, by and through Trustee, Shonrick Brame, Plaintiff

v.

HUBBARD AUTO CENTER OF SCOTTSDALE, Defendant.

**Case No. CV-25-03225-PHX-JJT**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2025, I served the foregoing Amended Complaint, Exhibit List, and Notice of Filing on the Defendant, Hubbard Auto Center of Scottsdale, by placing a true and correct copy in the United States Mail, postage prepaid, addressed as follows:

Hubbard Auto Center of Scottsdale
14825 N. 82nd St.
Scottsdale, AZ 85260

Service was made by Certified Mail, Return Receipt Requested.

Dated: September 24, 2025
Respectfully submitted,

Shonrick Brame
Trustee, SHONRICK BRAME TRUST

Shonrick Brame
Trustee of the SHONRICK BRAME TRUST
c/o 6655 Densmore Ave.
Van Nuys, CA 91406
Tel: (818) 515-6249
Email: SHONRICKbrametrust@gmail.com
Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

SHONRICK BRAME TRUST, by and through Trustee, Shonrick Brame, Plaintiff

v.

HUBBARD AUTO CENTER OF SCOTTSDALE, Defendant.

**Case No. CV-25-03225-PHX-JJT**

**PROOF OF SERVICE**

I, Shonrick Brame, declare as follows:

1. I am over the age of 18 and not a party to this action.

2. On September 24, 2025, I served the following documents in this case:

- Amended Complaint
- Exhibit List
- Notice of Filing
- Certificate of Service

3. Service was made on the Defendant, Hubbard Auto Center of Scottsdale, by depositing a true copy of the above documents in the United States Mail, postage fully prepaid, addressed as follows:

Hubbard Auto Center of Scottsdale
14825 N. 82nd St.
Scottsdale, AZ 85260

4. Service was made by Certified Mail, Return Receipt Requested.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 24, 2025, at Van Nuys, California.

# 2023 Lamborghini Huracan Tecnica

Coupe
2023, Lamborghini, Huracan Tecnica, Pearl Effect Exterior, White, Black, Leather



**Stock #:** 2082A
**VIN #:** ZHWUB6ZFXPLA21592
**Miles:** 2,779

Sold

