Shonrick Brame
Trustee of the SHONRICK BRAME TRUST
c/o 6655 Densmore Ave.
Van Nuys, CA 91406
Tel: (818) 515-6249
Email: SHONRICKbrametrust@gmail.com
Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

SHONRICK BRAME TRUST, by and through Trustee, Shonrick Brame, Plaintiff

v.

HUBBARD AUTO CENTER OF SCOTTSDALE, Defendant.

**Case No. CV-25-03225-PHX-JJT**

**NOTICE OF FILING**

Plaintiff hereby gives notice of filing the Amended Complaint together with supporting Exhibit List (Exhibits A–E). The Amended Complaint incorporates Plaintiff's contractual, statutory, and evidentiary claims, and the attached exhibits consist of the signed Retail Order, Bill of Exchange, Certified Mail receipts, Notices of Dishonor and Demand, and evidence of the Defendant's sale of the subject vehicle while in dishonor.

Plaintiff respectfully requests that the Clerk enter this Amended Complaint and Exhibits into the record of this case.

Dated: September 24, 2025
Respectfully submitted,

Shonrick Brame
Trustee, SHONRICK BRAME TRUST