## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA



Shonrick Brame,
Plaintiff,

v.

Hubbard Auto Center of Scottsdale,
Defendant.

Case No.: CV-25-03225-PHX-JJT

### NOTICE OF FILING CERTIFICATE OF SERVICE

Plaintiff, **Shonrick Brame**, hereby gives notice that he has served a copy of the Court's **Order** dated September 30, 2025 (Doc. 10) on Defendant **Hubbard Auto Center of Scottsdale** by Certified Mail, Return Receipt Requested No. **9589 0710 5270 3566 9159 52**.

Attached hereto as **Exhibit A** is Plaintiff's Certificate of Service documenting such service.

Respectfully submitted,

Date: October 1, 2025

**Shonrick Brame**
Plaintiff, Pro Se
c/o 6655 Densmore Ave.
Van Nuys, CA 91406
Email: shonbrane@gmail.com
Phone: (818) 515-6249

Docusign Envelope ID: 1F16CBDC-5374-4694-B13A-4FF69B62F773

# HUBBARD AUTO CENTER

14825 N. 82nd St.    Scottsdale, AZ 85260
(800) 839-4490    Fax (480) 483-0321
www.hubbardautocenter.com

| STOCK # | 2082A | | | | DATE | 6/17/2025 |
|---|---|---|---|---|---|---|
| E.M.I. # | | T.C. # | | MANAGER: MARK H. | SALESMAN: Caden S. | |

## RETAIL ORDER FOR A MOTOR VEHICLE
PLEASE ENTER MY ORDER FOR THE FOLLOWING

**Purchaser's Name** **Include Full Middle Name(s):** SHONRICK BRAME TRUST
Street Address: 6655 Densmore Ave
City: Van Nuys    State: CA    Zip: 91406
RES. PHONE:    BUS. PHONE:
E-MAIL ADDRESS: shonbrame@gmail.com    CELL PHONE: 602-400-9875

### VEHICLE BEING PURCHASED

| YEAR | MAKE | MODEL | BODY STYLE |
|---|---|---|---|
| 2023 | LAMBORGHINI | HURACAN | 2DCP |

| LAST PLATE NO. | LICENSE TAB NO. | EXPIRES | COLOR: white |
|---|---|---|---|

VIN: ZHWUB6ZFXPLA21592
MILEAGE: 2,780

SELLING PRICE: 309,900.00

### VEHICLE BEING TRADED IN #1

| YEAR | MAKE | MODEL | BODY STYLE |
|---|---|---|---|
| | | | |

| LAST PLATE NO. | LICENSE TAB NO. | EXPIRES | COLOR |

VIN:
MILEAGE:

### VEHICLE BEING TRADED IN #2

| YEAR | MAKE | MODEL | BODY STYLE |
|---|---|---|---|
| | | | |

| LAST PLATE NO. | LICENSE TAB NO. | EXPIRES | COLOR |

VIN:
MILEAGE:

Purchaser intends to use the vehicle primarily for: ☐ personal, family, or household purposes ("personal use") ☐ business, agriculture or other non-personal uses ("commercial use").

**LIMITATIONS/EXCLUSIONS OF PRODUCT WARRANTIES**

For NEW vehicles:
(1) If the Vehicle is purchased for personal use, WE MAKE NO IMPLIED WARRANTY OF MERCHANTABILITY OR OF FITNESS FOR ANY PARTICULAR PURPOSE unless we also give you a written warranty, on our own behalf, with respect to the Vehicle, or, at the time of the sale or within 90 days afterward. We enter into a service contract with you which applies to the Vehicle. In that event, any implied warranties arising from the sale of the Vehicle shall be limited to the duration of our written warranty or service contract.
(2) If the Vehicle is purchased for commercial use, WE MAKE NO IMPLIED WARRANTY OF MERCHANTABILITY OR OF FITNESS FOR ANY PARTICULAR PURPOSE. THE VEHICLE IS SOLD TO YOU AS IS, EXCEPT FOR ANY EXPRESS WARRANTIES WE MAKE ON OUR OWN BEHALF OR BY THE MANUFACTURER OF THE VEHICLE OR OF ANY COMPONENT PARTS.

For USED vehicles:
(3) Used Car Implied Warranty of Merchantability:
THE SELLER HEREBY WARRANTS THAT THE VEHICLE WILL BE FIT FOR THE ORDINARY PURPOSES FOR WHICH THE VEHICLE IS USED FOR 15 DAYS OR 500 MILES AFTER DELIVERY, WHICHEVER IS EARLIER, EXCEPT WITH REGARD TO PARTICULAR DEFECTS DISCLOSED ON THE FIRST PAGE OF THIS AGREEMENT. YOU (THE PURCHASER) WILL HAVE TO PAY UP TO $25.00 FOR EACH OF THE FIRST TWO REPAIRS IF THE WARRANTY IS VIOLATED.
(4) Waiver of Used Car Implied Warranty of Merchantability:
ATTENTION PURCHASER: SIGN HERE ONLY IF THE DEALER TOLD YOU THAT THIS VEHICLE HAS THE FOLLOWING PROBLEM(S) AND THAT YOU AGREE TO BUY THE VEHICLE ON THOSE TERMS:

1. _____
2. N/A
3. _____

Buyer: _____
Buyer: _____

(5) THE VEHICLE IS SOLD "AS IS—NOT EXPRESSLY WARRANTED OR GUARANTEED" unless we give you a separate written instrument showing the terms of any warranty or service contract given by us on our own behalf.

**NO LIABILITY COVERAGE FOR BODILY INJURY OR PROPERTY DAMAGE IS INCLUDED IN THIS CONTRACT**

BY SIGNING THIS ORDER, YOU CERTIFY THAT YOU ARE 18 YEARS OF AGE OR OLDER AND ACKNOWLEDGE THAT YOU HAVE READ ITS TERMS AND CONDITIONS ON BOTH SIDES, INCLUDING THE ARBITRATION CLAUSE, AND HAVE RECEIVED A TRUE COPY OF THIS ORDER.

BUYER'S SIGNATURE X _SB_ (DocuSigned: 5FA3AD005793F4E6)
ACCEPTED BY MANAGER: _Caden Snyder_ (DocuSigned: 145325BE73E1457...)

---

You are purchasing a service contract and or accessories that are from a company other than the manufacturer which are not warranted by manufacturer. If you need repairs not covered by the manufacturer please contact the company that provided the service contract or accessories.
X _____

CUSTOMER GUARANTEES CLEAR TITLE TO TRADE IN
X _____ N/A _____

CUSTOMER GUARANTEES A CLEAR NO SALVAGE TITLE TO TRADE IN
X _____ N/A _____

PAYOFF BALANCE AND LICENSE FEES ARE ESTIMATES ONLY. IF THE BALANCE AND FEES ARE VERIFIED MORE THAN ESTIMATED, CUSTOMER WILL PAY THE DIFFERENCE.
X _____ N/A _____

| | | |
|---|---:|---:|
| PRICE OF CAR AFTER EQUIPMENT CHANGE | 309,900 | 00 |
| LESS TRADE ALLOW | | |
| TAXABLE TOTAL (less manufacturers to consumer rebate of $_____ assigned to dealer) | | |
| SALES TAX | | |
| LICENSE TRANSFER TITLE & REGISTRATION FEE (GVW RATING _____ ) *$100.00 Charge for duplicate titles. | | |
| DOCUMENTARY FEE | $695 | 00 |
| **TOTAL CASH PRICE** | 310,595 | 00 |
| PAYOFF ON TRADE DUE TO _____ | | |
| LENDER ADDRESS _____ | | |
| TOTAL CASH DOWN — DEPOSIT RECEIPT | | |
| CASH DELIVERY RECEIPT NO | | |
| MANUFACTURERS TO CONSUMER REBATE, ASSIGNED TO DEALER | | |
| **UNPAID BALANCE** | 310,595 | 00 |

INSURANCE AGENT _____
ADDRESS _____
Tele No _____ / Policy No _____

Docusign Envelope ID: BD1C80F5-4DAC-4807-B56D-001884B7EC01

# Hubbard Auto Center AZ LLC

14825 N 82nd St. Scottsdale, AZ 85260

Telephone: (602)535-2426     Fax: (480) 483-0321

### Transportation Agreement

I fully understand these statements to be true.

1. The selling dealer, Hubbard Auto Center AZ LLC; and its employees or owners are exempt from any liability arising from, and are not responsible for, any vehicle loss and/or damages sustained during shipment(s) of any vehicle.

2. Any damage sustained during shipping will fall completely and solely between the buyer(s) and transporter handling the actual shipment in question.

3. The selling dealer, Hubbard Auto Center AZ LLC, also recommends you notify your insurance carrier upon purchase of vehicle and prior to vehicle shipment.

4. Buyer(s) is also welcome to set up their own transportation and in which case Hubbard Auto Center AZ LLC; and its employees or owners are exempt from any liability arising from, and are not responsible for, any vehicle loss and/or damages sustained during shipment(s) of any vehicles.

DocuSigned by: [signature]
EFA3AD05793F4E5...

6/20/2025

Purchaser                                          Date


_____          _____

Purchaser                                          Date





## STATE OF CALIFORNIA
### Office of the Secretary of State
### UCC FINANCING STATEMENT AMENDMENT (UCC 3)

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

**For Office Use Only**
**-FILED-**
File No.: U250164321725
Date Filed: 7/1/2025

| Submitter Information: | |
|---|---|
| Contact Name | shonerick brame |
| Organization Name | SHONRICK BRAME TRUST |
| Phone Number | (602) 758-4810 |
| Email Address | shonbrame@gmail.com |
| Address | 6655 Densmore Ave<br>Van Nuys, CA 91406 |

| Amendment Action Information: | |
|---|---|
| Initial Financing Statement File Number | U240057572727 |
| Date Filed | 07/10/2024 |
| Amendment Action | Collateral Amendment |
| Collateral Change | Add Collateral |

| | |
|---|---|
| Indicate how documentation of Collateral is provided: | Attached in a File |

**Upload PDF as Collateral:**
Lambo UCC_Lien_Profile_BOE1002.pdf

☐ Check this box to see additional UCC Collateral options.

**Name of Secured Party of Record Authorizing This Amendment:**

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

| Authorizing Secured Party Name | SHONERICK BRAME |
|---|---|

**Optional Filer Reference Information:**

**Miscellaneous Information:**
B3823-0880 07/01/2025 4:27 PM Received by California Secretary of State

# UCC LIEN PROFILE - BOE-1002

Secured Party:

SHONRICK BRAME TRUST

c/o 6655 Densmore Ave, Van Nuys, CA 91406

Debtor:

Hubbard Auto Center of Scottsdale

14825 N 82nd St, Scottsdale, AZ 85260

Collateral Description:

- 2023 Lamborghini Huracan Tecnica RWD
- VIN: ZHWUB6ZFXPLA21592
- Stock #: 2082A
- Mileage: 2,779 mi
- All rights, title, interest, proceeds, and contract rights attached to said property

Instrument Referenced:

- Bill of Exchange No. IBOE-1002
- RF No.: 532 691 884 US
- Amount: $310,595.00
- Dishonored by Hubbard Auto Center

Legal Authority:

- UCC § 9-203 (Attachment of Security Interest)
- UCC § 9-502 (Filing Requirements)
- UCC § 3-505 (Dishonor)
- UCC § 3-309 (Lost Instruments)

Filing Status:

- Filed and Perfected
- Affidavit of Commercial Default executed
- Affidavit of Loss and Dishonor filed

B3823-0881 07/01/2025 4:27 PM Received by California Secretary of State

- Authorized Copy of BOE submitted

- DMV Title Hold Enforcement in Process

Trust Email: SHONRICKBRAMETRUST@GMAIL.COM

All Rights Reserved - Without Prejudice - UCC 1-308

B3823-0882 07/01/2025 4:27 PM Received by California Secretary of State

Shonrick Brame
c/o 6655 Densmore Ave
Van Nuys CA 91406
ShonrickBrameTrust@Gmail.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

BRAME,
Plaintiff,

v.

HUBBARD AUTO CENTER OF SCOTTSDALE,
Defendant.

**Case No. CV-25-2410-PHX-CDB**

**MOTION FOR LEAVE TO FILE DOCUMENTS ELECTRONICALLY**

Plaintiff, Shonrick Brame, Trustee for the SHONRICK BRAME TRUST, respectfully moves this Court for leave to file documents electronically in the above-captioned matter pursuant to the Court's local rules and procedures. As a self-represented litigant (pro se), Plaintiff seeks access to the CM/ECF electronic filing system in order to efficiently file documents, receive notices, and manage the case without undue delay. Electronic filing will ensure timely service, reduce the burden of physical filing, and promote the just and efficient resolution of this matter. Attached hereto as Exhibit is a true and correct copy of the contract related to this matter. WHEREFORE, Plaintiff respectfully requests that this Court grant leave to use the CM/ECF electronic filing system for all future filings in this case. Respectfully submitted, DATED: 10-1-25

_____
Shonrick Brame, Trustee for the SHONRICK BRAME TRUST
c/o 6655 Densmore Ave
Van Nuys, CA 91406
Email: ShonrickBrameTrust@gmail.com
Phone: 818-515-6249
Plaintiff, Pro Se

## EXHIBIT A

## CERTIFICATE OF SERVICE

**I, Shonrick Brame**, Plaintiff in the above-entitled action, hereby certify that on this 1st day of October, 2025, I served a true and correct copy of the Court's **Order dated September 30, 2025 (Doc. 10)** on the Defendant as directed therein.

Service was made by depositing a copy of the Order in the United States Mail, **Certified Mail, Return Receipt Requested No. 9589 0710 5270 3566 9159 52**, addressed as follows:

**Hubbard Auto Center of Scottsdale**
14825 N 82nd St
Scottsdale, AZ 85260

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), service is deemed complete upon mailing, regardless of acceptance, refusal, or non-response by the Defendant.

Respectfully submitted,

Date: October 1, 2025

**Shonrick Brame**
Plaintiff, Pro Se
c/o 6655 Densmore Ave.
Van Nuys, CA 91406
Email: shonbrane@gmail.com
Phone: (818) 515-6249

