UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Case No. 2:25-cv-03225-JJT

Shonrick Brame, Trustee for the SHONRICK BRAME TRUST, Plaintiff,

v.

Hubbard Auto Center of Scottsdale, Defendant.

## SUMMONS IN A CIVIL ACTION

To: Hubbard Auto Center of Scottsdale
　14825 N 82nd St
　Scottsdale, AZ 85260

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

Plaintiff's Address:
Shonrick Brame – Trustee for the SHONRICK BRAME TRUST
c/o 6655 Densmore Ave
Van Nuys, CA 91406


CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk


_____
Date

# RETURN OF SERVICE

This summons for **Hubbard Auto Center of Scottsdale** was received by me on (date): _____.

I personally served the summons on the individual at (place): _____
on (date): _____; or

I left the summons at the individual's residence or usual place of abode with (name): _____,
a person of suitable age and discretion who resides there, on (date): _____, and mailed a copy to the individual's last known address; or

I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date): _____; or

I returned the summons unexecuted because: _____; or

Other (specify): _____.

**My fees are:**
For travel: $_____
For services: $_____
Total: $_____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address