IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shonrick Brame,<br><br>    Plaintiff,<br><br>v.<br><br>Hubbard Auto Center of Scottsdale,<br><br>    Defendant. | No. CV-25-03225-PHX-JJT<br><br>**ORDER** |

At issue is *pro se* Plaintiff Shonrick Brame's Motion for Leave to File Documents Electronically (Doc. 16) in which he requests permission to electronically file and serve documents. Electronic filing requires, among other things, access to specific software and equipment and familiarity with certain policies. Plaintiff has not shown that he possesses the requisite knowledge, software, and equipment. The Court will deny the Motion without prejudice.

Should he choose to, Plaintiff may resubmit his request by completing and filing the form titled "Motion to Allow Electronic Filing by a Party Appearing Without an Attorney" located on the United States District of Arizona Court website on the "Rules, General Orders & Forms" page under "Forms." Plaintiff can also navigate to the following URL: https://www.azd.uscourts.gov/sites/azd/files/forms/ProSeMotionToEfile.pdf

Separately, the Court notes that Plaintiff's present Motion does not comply with the formatting requirements set forth in Local Rule 7.1(b). This is not the first document submitted by Plaintiff that was improperly formatted. (*See* Docs. 8, 9, 12.) Even though

1  Plaintiff is *pro se*, he is still expected to abide by the rules and orders of this Court. *See*
2  *Carter v. Comm'r of Internal Revenue*, 784 F.2d 1006, 1008–09 (9th Cir. 1986) ("Although
3  pro se, [the plaintiff] is expected to abide by the rules of the court in which he litigates.").
4  Moving forward, Plaintiff shall strictly comply with the formatting requirements for
5  documents filed in this matter.

**IT IS THEREFORE ORDERED** denying *pro se* Plaintiff's Motion for Leave to
File Documents Electronically (Doc. 16) without prejudice.

Dated this 21st day of October, 2025.

Honorable John J. Tuchi
United States District Judge

- 2 -