AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Shonerick Brame
trustee for SHONRICK BRAME TRUST

*Plaintiff(s)*

v.

Civil Action No. Case 2:25-cv-03225-JJT

Hubbard Auto Center of Scottsdale

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Hubbard Auto Center of Scottsdale

14825 N 82nd St

Scottsdale, AZ 85260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shonerick Brame
Ttee for SHONRICK BRAME TRUST
6655 Densmore Ave
Van Nuys, Ca 91406

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

*Signature of Clerk*

**ISSUED ON  1:43 pm, Nov 03, 2025**

**s/ Debra D. Lucas, Clerk**