UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

SHONRICK BRAME TRUST,

by and through Trustee Shonrick Brame, Plaintiff,

v.

HUBBARD AUTO CENTER OF SCOTTSDALE, Defendant.

Case No. 2:25-cv-03225-JJT

DECLARATION OF REFUSED SERVICE

I, Shonrick Brame, declare as follows:

1. I am the Trustee and Authorized Representative for the Plaintiff in the above-entitled case.

2. On November 6, 2025, I mailed, via Certified Mail Return Receipt Requested (No. 9589 0710 5270 3566 9162 63), a true and correct copy of the Summons, Complaint, and supporting documents to:

   Hubbard Auto Center of Scottsdale
   14825 N 82nd Street
   Scottsdale, AZ 85260

3. According to the United States Postal Service tracking record, the item was refused by the addressee at 12:42 p.m. on November 14, 2025, in Scottsdale, AZ 85260, and returned to the sender.

4. A copy of the USPS Tracking Record showing the refusal is attached hereto as Exhibit A.

5. Pursuant to Rule 4.1(i) of the Arizona Rules of Civil Procedure, incorporated by FRCP 4(e)(1), service is deemed complete on the date of refusal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 14, 2025, at Scottsdale, Arizona.

_____
Shonrick Brame
Trustee, SHONRICK BRAME TRUST



  tools.usps.com   

  

## USPS Tracking®　　　FAQs >

**Tracking Number:**　　　Remove ✕

# 9589071052703566916263

 Copy　　 Add to Informed Delivery

### Latest Update

Your item was refused by the addressee at 12:42 pm on November 14, 2025 in SCOTTSDALE, AZ 85260 and is being returned to the sender.

**Get More Out of USPS Tracking:**

 **USPS Tracking Plus®**

**Alert**
**Refused**

SCOTTSDALE, AZ 85260
November 14, 2025, 12:42 pm

**In Transit to Next Facility**

November 12, 2025







**U.S. POSTAGE PAID**
FCM LG ENV
VAN NUYS, CA 91406
OCT 01, 2025
$12.42
S2324E502874-25

Retail
RDC 99
85260

**CERTIFIED MAIL**
9589 0710 5270 3566 9159 52

URGENT LEGAL DOCUMENTS

**SHONRICK BRAME TRUST**
C/O 6655 Densmore Ave
Van Nuys CA [91406]

Hubbard Auto of Scottsdale
14825 N 82nd Street
Scottsdale, AZ 85260

Refused 10/10/25

NIXIE 851 CO 1 0110/11/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

---

**Domestic Return Receipt**
PS Form 3811, July 2020 PSN 7530-02-000-9053

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Hubbard Auto Center
14825 N 82nd Street
Scottsdale AZ 85260

9590 9402 9591 5121 2397 02

2. Article Number (Transfer from service label)
9589 0710 5270 3566 9159 52

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No