## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

SHONRICK BRAME TRUST, by and through Trustee, Shonrick Brame, Plaintiff,

v.

HUBBARD AUTO CENTER OF SCOTTSDALE, Defendant.

Case No. CV-25-03225-PHX-JJT

### PLAINTIFF'S STATEMENT OF CLARIFICATION TO THE COURT

Plaintiff respectfully submits this statement to confirm and clarify the capacity in which all actions have been undertaken in the above-captioned matter.

Plaintiff appears solely in the capacity of Trustee for the SHONRICK BRAME TRUST, acting in a lawful fiduciary and representative role, as evidenced by Exhibit A (Retail Order/Contract) filed herewith.

The purpose of this clarification is to ensure the record accurately reflects Plaintiff's legal capacity and the commercial nature of the transaction at issue. This clarification is provided in good faith and without intent to alter or amend any prior pleadings.

Respectfully submitted,

Dated: December 19, 2025

/s/ Shonrick Brame
Shonrick Brame, Trustee
SHONRICK BRAME TRUST
Plaintiff, Pro Se
c/o 6655 Densmore Ave.
Van Nuys, CA 91406
Email: ShonrickBrameTrust@gmail.com

**Exhibit A – Retail Order/Contract (Hubbard Auto Center, June 20, 2025)**



Docusign Envelope ID: BD1C80F5-4DAC-4807-B56D-001884B7EC01

# HUBBARD AUTO CENTER

14825 N. 82nd St.  Scottsdale, AZ 85260
(800) 839-4490  Fax (480) 483-0321
www.hubbardautocenter.com

| STOCK # | 2082A | | DATE | 6/20/2025 |
|---|---|---|---|---|

| E.M.I. # | | T.C. # | | MANAGER MARK H. | SALESMAN CADEN S. |
|---|---|---|---|---|---|

**RETAIL ORDER FOR A MOTOR VEHICLE**
PLEASE ENTER MY ORDER FOR THE FOLLOWING

Purchaser's Name **Include Full Middle Name(s):  Shonrick Brame Trust
Street Address: 6655 Densmore Ave
City: Van Nuys   State: CA   Zip: 91406
E-MAIL ADDRESS: shonbrame@gmail.com
CELL PHONE: 602-400-9875

### VEHICLE BEING PURCHASED

| YEAR | 2023 | MAKE | LAMBORGHINI | MODEL | HURACAN | BODY STYLE | 2DCP |
|---|---|---|---|---|---|---|---|
| LAST PLATE NO. | | LICENSE TAB NO. | | EXPIRES | | COLOR | WHITE |

VIN: ZHWUB6ZFXPLA21592
MILEAGE: 2,780

SELLING PRICE: 309,900.00

### VEHICLE BEING TRADED IN #1

### VEHICLE BEING TRADED IN #2

CUSTOMER GUARANTEES CLEAR TITLE TO TRADE IN  N/A
CUSTOMER GUARANTEES A CLEAR NO SALVAGE TITLE TO TRADE IN  N/A
PAYOFF BALANCE AND LICENSE FEES ARE ESTIMATES ONLY. IF THE BALANCE AND FEES ARE VERIFIED MORE THAN ESTIMATED, CUSTOMER WILL PAY THE DIFFERENCE.  N/A

PRICE OF CAR AFTER EQUIPMENT CHANGE: 309,900.00
LESS TRADE ALLOW:
TAXABLE TOTAL (less manufacturers to consumer rebate of $_____ assigned to dealer)
SALES TAX:
LICENSE TRANSFER TITLE & REGISTRATION FEE (GVW RATING ___ *$100.00 Charge for duplicate titles)
DOCUMENTARY FEE: $695.00

**TOTAL CASH PRICE: 310,595.00**

PAYOFF ON TRADE DUE TO:
LENDER ADDRESS:

**LIMITATIONS/EXCLUSIONS OF PRODUCT WARRANTIES**

For NEW vehicles
(1) If the Vehicle is purchased for personal use, WE MAKE NO IMPLIED WARRANTY OF MERCHANTABILITY OR OF FITNESS FOR ANY PARTICULAR PURPOSE unless we also give you a written warranty, on our own behalf, with respect to the Vehicle, or, at the time of the sale or within 90 days afterward. We enter into a service contract with you which applies to the Vehicle. In that event, any implied warranties arising from the sale of the Vehicle shall be limited to the duration of our written warranty or service contract.
(2) If the Vehicle is purchased for commercial use, WE MAKE NO IMPLIED WARRANTY OF MERCHANTABILITY OR OF FITNESS FOR ANY PARTICULAR PURPOSE. THE VEHICLE IS SOLD TO YOU AS IS, EXCEPT FOR ANY EXPRESS WARRANTIES WE MAKE ON OUR OWN BEHALF OR BY THE MANUFACTURER OF THE VEHICLE OR OF ANY COMPONENT PARTS.

For USED vehicles
(3) Used Car Implied Warranty of Merchantability:
THE SELLER HEREBY WARRANTS THAT THE VEHICLE WILL BE FIT FOR THE ORDINARY PURPOSES FOR WHICH THE VEHICLE IS USED FOR 15 DAYS OR 500 MILES AFTER DELIVERY, WHICHEVER IS EARLIER, EXCEPT WITH REGARD TO PARTICULAR DEFECTS DISCLOSED ON THE FIRST PAGE OF THIS AGREEMENT. YOU (THE PURCHASER) WILL HAVE TO PAY UP TO $25.00 FOR EACH OF THE FIRST TWO REPAIRS IF THE WARRANTY IS VIOLATED.
(4) Waiver of Used Car Implied Warranty of Merchantability:
ATTENTION PURCHASER: SIGN HERE ONLY IF THE DEALER TOLD YOU THAT THIS VEHICLE HAS THE FOLLOWING PROBLEM(S) AND THAT YOU AGREE TO BUY THE VEHICLE ON THOSE TERMS:

1. _____
2. N/A
3. _____

Buyer _____
Buyer _____

(5) THE VEHICLE IS SOLD "AS IS—NOT EXPRESSLY WARRANTED OR GUARANTEED" unless we give you a separate written instrument showing the terms of any warranty or service contract given by us on our own behalf.

NO LIABILITY COVERAGE FOR BODILY INJURY OR PROPERTY DAMAGE IS INCLUDED IN THIS CONTRACT

BY SIGNING THIS ORDER, YOU CERTIFY THAT YOU ARE 18 YEARS OF AGE OR OLDER AND ACKNOWLEDGE THAT YOU HAVE READ ITS TERMS AND CONDITIONS ON BOTH SIDES, INCLUDING THE ARBITRATION CLAUSE, AND HAVE RECEIVED A TRUE COPY OF THIS ORDER.

BUYER'S SIGNATURE X _____

ACCEPTED BY MANAGER: Caden Snyder

TOTAL CASH DOWN:
 - DEPOSIT RECEIPT
 - CASH DELIVERY RECEIPT NO
 - MANUFACTURERS TO CONSUMER REBATE ASSIGNED TO DEALER

**UNPAID BALANCE: 310,595.00**

INSURANCE AGENT
ADDRESS
Tele No _____ / Policy No _____