Darrell E. Davis
Heather Stanton
CLARK HILL
14850 N. Scottsdale Road, Suite 500
Scottsdale, AZ 85254
Telephone: (480) 684-1100
Facsimile: (480) 684-1199
ddavis@clarkhill.com
hstanton@clarkhill.com

*Attorneys for Defendant Hubbard Auto Center of Scottsdale*

THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shonrick Brame Trust, by and through Trustee, Shonrick Brame,<br><br>Plaintiff,<br><br>vs.<br><br>Hubbard Auto Center of Scottsdale,<br><br>Defendant. | Case No. CV-25-03225-PHX-JJT<br><br>**DEFENDANT'S MOTION TO STRIKE DOCUMENTS 31 AND 33** |

Pursuant to LRCiv 7.2(m)(1), Defendant Hubbard Auto Center of Scottsdale ("Hubbard") hereby files this Motion to Strike (1) Plaintiff's Statement of Clarification to the Court (Doc. 31) and (2) Plaintiff's Response to Defendant's Reply in Support of Motion to Dismiss (Doc. 33).

Neither Plaintiff's Statement of Clarification to the Court (Doc. 31) nor Plaintiff's Response to Defendant's Reply in Support of Motion to Dismiss (Doc. 33) are authorized by statute, rule, or court order. Document 31 is an impermissible second response to Hubbard's Motion to Dismiss. Document 33 is an improper response to Hubbard's reply. Neither was filed with prior leave of court. *Lee v. City of Kingman*, 124 F. Supp. 3d 985, 986 n.1 (D. Ariz. 2015) (noting "surreplies and surresponses are not authorized by Rule 7, any other Federal Rule of Civil Procedure, or this District's Local Rules, absent prior leave of court."). Hubbard respectfully requests that both be stricken from the record.

ClarkHill\46012\1013278\285610131.v1-12/26/25

Dated this 26th day of December, 2025

**CLARK HILL PLC**

By: */s/ Heather Stanton*
    Darrell Davis
    Heather Stanton
    *Attorneys for Hubbard Auto Center of Scottsdale*

ClarkHill\46012\1013278\285610131.v1-12/26/25

# CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Service of Electronic Filing to all individuals registered with CM/ECF.

                                         /s/ Robin McLean

ClarkHill\46012\1013278\285610131.v1-12/26/25