# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shonrick Brame,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Hubbard Auto Center of Scottsdale,<br><br>　　　　Defendant. | No. CV-25-03225-PHX-JJT<br><br>**ORDER** |

On December 26, 2025, Defendant filed a Motion to Strike Documents 31 and 33 (Doc. 34). Because Plaintiff is acting *pro se* in this matter, the Court advises Plaintiff of the following:

I.　　RULE 7.2(i) CAUTIONARY NOTICE

LRCiv 7.2(i) states in relevant part: "[I]f the opposing party does not serve and file the required answering memoranda . . . such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily." *See Brydges v. Lewis*, 18 F.3d 651, 652 (9th Cir. 1994). Plaintiff should take notice that failure to respond to Defendant's Motion by the deadline set forth in this Order will result in the Court deeming Defendant's Motion as being unopposed and consented to by Plaintiff. *See id.* (affirming the district court's summary granting of a motion for summary judgment under Local Rule 7.2(i) when non-moving party was given express warning of consequences of failing to respond).

It is Plaintiff's obligation to timely respond to all motions. Defendant's Motion will be summarily granted if Plaintiff fails to respond in accordance with the provisions of this Order.

II.     RULE 41 CAUTIONARY NOTICE

Plaintiff should also take notice that if he fails to timely comply with every provision of this Order, or any other Order of the Court entered in this matter, Plaintiff's Complaint and this action may also be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) (holding that the district court may dismiss an action for failure to comply with any order of the court), *cert denied*, 506 U.S. 915 (1992). Therefore, Plaintiff is warned that failure to strictly adhere to the provisions of this or any other Court Order may result in dismissal of the Plaintiff's Complaint pursuant to Rule 41.

The Court also advises Plaintiff that certain resources for self-represented parties, including a handbook and the Local Rules, are available on the Court's website, www.azd.uscourts.gov, by following the link "For Those Proceeding Without an Attorney."

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file with the Clerk of the Court and serve on opposing counsel a responsive memorandum to Defendant's Motion to Strike Documents 31 and 33 (Doc. 34) no later than **January 16, 2026.**

Dated this 2nd day of January, 2026.

Honorable John J. Tuchi
United States District Judge