SHONRICK BRAME TRUST, by and through
Shonrick Brame, Trustee,

Plaintiff,

v.

HUBBARD AUTO CENTER OF SCOTTSDALE,

Defendant.

Case No. CV-25-03225-PHX-JJT

## PLAINTIFF'S NOTICE OF CONTINUING DAMAGES
## AND REQUEST FOR STATUS OF PENDING MATTERS

Plaintiff, SHONRICK BRAME TRUST, by and through its Trustee, Shonrick Brame, respectfully submits this Notice to inform the Court that the underlying dispute remains unresolved and continues to cause ongoing economic harm and deprivation of alleged contractual and property interests arising from the transaction at issue.

Plaintiff states that documentary evidence relating to the underlying transaction has previously been filed in the record and that Plaintiff's claims have not yet been adjudicated on the merits. Plaintiff further states that the Trust continues to suffer ongoing damages, financial loss, and other continuing harm allegedly arising from the dishonor and unresolved nature of the transaction and claims asserted in this action.

Plaintiff further asserts that continuing damages, penalties, interest, and all other relief authorized by applicable law continue to accrue while the matter remains pending without final resolution.

Accordingly, Plaintiff respectfully requests status regarding the pending matters before the Court and further requests progression of this action toward resolution.

RESPECTFULLY SUBMITTED this _____ day of _____, 2026.

Shonrick Brame
Trustee, Pro Se
SHONRICK BRAME TRUST
c/o 6655 Densmore Ave
Van Nuys, CA 91406
ShonrickBrameTrust@gmail.com